UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )<br>)<br>MOHAMMED CHOWDHURY            )<br>)<br>Defendant.                )  | Criminal No.: 23-cr-10032-LTS |

**JOINT INTERIM STATUS REPORT**

The parties in the above-captioned matter submit this initial status report pursuant to Local Rule 116.5(b) of the Local Rules for the United States District Court for the District of Massachusetts.

1. **Status of Automatic Discovery**

On March 10, 2023, the government produced automatic discovery to the defendant via USAFX. The discovery contained a significant number of items of evidence including reports, recorded statements of the defendant, photographs, and the defendant's criminal history, among other items relevant to the case.

2. **Need for Protective Order**

There is no need for a protective order at this time.

3. **Status and Timing of Additional Discovery Requests**

The government will provide additional discovery materials if and when any become available. The defendant has not yet determined whether he will be filing discovery motions. The government requests reciprocal discovery from the defendant.

4. **Timing of Pretrial Motions under Fed. R. Crim. P. 12(b)**

The defendant has not yet determined if any pretrial motions under Fed. R. Crim. P 12(b) will be filed. The defendant requests future deadlines for suppression or dispositive motions after he and his attorney have had sufficient time to review the discovery that has been produced and scheduled a review of the electronic discovery.

5. **Expert Witness Disclosures**

The government agrees to provide any expert witness disclosures 21 days prior to trial. The defendant agrees to provide any expert witness disclosures 14 days prior to trial.

6. **Request to Cancel Initial Status Conference and Request for Interim Status Conference**

Defense counsel filed an appearance in this matter on January 23, 2023. Because there are no issues presently in dispute and defense counsel needs time to review the discovery materials, coordinate the electronic discovery review, and make an additional discovery request, the parties jointly request that the Court cancel the presently scheduled initial status conference scheduled for May 22, 2023, in lieu of this Joint Report. The parties request that the Court schedule a Final Status Conference in approximately 60 days. The parties believe that this will allow defense counsel to get up to speed on the case, the defendant time to review the discovery produced to date, schedule a time to review the electronic evidence, and determine whether there are any discovery matters to bring to the Court's attention. Further, this extension will allow the defendant time to consider a resolution short of trial.

7. **Periods of Excludable Delay Under Speedy Trial Act**

A criminal indictment was filed against the Defendant on February 9, 2023. [DE 24]. The Defendant appeared and was arraigned on the indictment on February 16, 2023. [DE 31]. Judge Paul G. Levenson entered an Order of Excludable Delay as to Mohammed Chowdhury, excluding the time from February 16, 2023, until May 22, 2023. [DE 32, 36]. All of the time has been excluded from the defendant's initial appearance/arraignment through the date of the interim status conference scheduled for May 22, 2023. The parties request that the time be excluded until the interim status conference to be scheduled in approximately 60 days. Exclusion of such time is in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: /s/ *Luke A. Goldworm*              /s/ *Joshua Robert Hanye*
Luke A. Goldworm                        Joshua Robert Hanye
Assistant U.S. Attorney                 Counsel for the Defendant
(617) 748-3621                          (617) 223-8061
Luke.Goldworm@usdoj.gov                 joshua_hanye@fd.org


By: /s/ *John T. Dawley*
John T. Dawley
Assistant U.S. Attorney
(617) 748-3207
John.Dawley@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By: /s/ *Luke A. Goldworm*  
Luke A. Goldworm  
Assistant U.S. Attorney  
(617) 748-3621  
Luke.Goldworm@usdoj.gov

/s/ *Joshua Robert Hanye*  
Joshua Robert Hanye  
Counsel for the Defendant  
(617) 223-8061  
joshua_hanye@fd.org

By: /s/ *John T. Dawley*  
John T. Dawley  
Assistant U.S. Attorney  
(617) 748-3207  
John.Dawley@usdoj.gov

Date: March 20, 2023