UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  Case No. 23-CR-10032-LTS

MOHAMMED CHOWDHURY

**MOTION FOR RULE 11 HEARING**

Defendant Mohammed Chowdhury moves this Honorable Court to schedule the matter for a Rule 11 Hearing at the Court's convenience in mid-December if possible. In support thereof, the parties have discussed the general parameters of a plea agreement and seek the additional time in order to complete negotiations and obtain approval from the United States' Attorney's Office. In light of this request, Mr. Chowdhury also requests that the Court cancel the Status Conference scheduled for November 2, 2023 and exclude the time until the requested Rule 11 Hearing from Speedy Trial Act calculations in the interests of justice.

Mr. Chowdhury is detained at the Donald Wyatt Detention Center. He also requests to proceed at the Rule 11 Hearing and all future court hearings with the assistance of a Bengali interpreter. Although an interpreter has not been present in Court thus far, undersigned counsel met with Mr. Chowdhury with the assistance of an interpreter recently and both counsel and Mr. Chowdhury agree that it would be better to proceed with an interpreter going forward.

Respectfully submitted,
MOHAMMED CHOWDHURY
By his attorney,

*/s/ Joshua Hanye*
Joshua Hanye
Federal Public Defender Office
51 Sleeper St., 5th Floor
Boston, MA 02210
617-223-8061
Joshua_Hanye@fd.org

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 1, 2023

*/s/ Joshua Hanye*
Joshua Hanye