UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  Case No. 23-CR-10032-LTS

MOHAMMED CHOWDHURY

**MOTION FOR RULE 11 HEARING**

Defendant Mohammed Chowdhury moves this Honorable Court to continue the Rule 11 Hearing currently scheduled for December 14, 2023 approximately 30 days to a date in mid to late January 2024. In support thereof, undersigned counsel has experienced a death in the family requiring unexpected leave that will continue through the current date.

The government has formally offered the defendant a plea agreement as previously discussed by the parties. Counsel had intended to meet with the defendant and an interpreter in order to review the plea agreement in advance of the current date but was unable to do so due to the current circumstances. Counsel will likely have to schedule this meeting in early January due to obligations of other cases and planned leave during the winter holidays.

Mr. Chowdhury is in custody at the Wyatt Detention Center. He requests the assistance of a Bengali interpreter for the Rule 11 Hearing.

Counsel also moves to exclude the time until the next requested date from the calculations of the Speedy Trial Act in the interests of justice for the above stated reasons.

Respectfully submitted,
MOHAMMED CHOWDHURY
By his attorney,

*/s/ Joshua Hanye*
Joshua Hanye
Federal Public Defender Office
51 Sleeper St., 5th Floor
Boston, MA 02210
617-223-8061
Joshua_Hanye@fd.org

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 11, 2023

*/s/ Joshua Hanye*
Joshua Hanye